

Raymond P. Hayden
Gerard W. White
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs

45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
TM MANAGEMENT SERVICES LTD., a division of The
Tokio Marine & Fire Insurance (UK) Limited, and
ARKLEY UK LTD.,

                        Index No.:

                Plaintiffs,

        -    **Against -**

M/V ATLANTIC TRADER, *in rem*, ATLANTIC
TRADER NAVIGATION LTD., JSC BALTIK MERKUR,        **RULE 7.1 STATEMENT**
And ATLANTIC RO-RO CARRIERS, INC., *in personam*,

                Defendants.
--------------------------------------------------------------------------X


        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiffs **TM MANAGEMENT SERVICES LTD., a**

**division of The Tokio Marine & Fire Insurance (UK) Limited,** certifies that the following are

corporate parents, affiliates and/or subsidiaries which are publicly held. **Please see attached.**

**ARKLEY UK LTD.** is not publicly held

DATE:  May 7, 2008

Gerard W. White (GW-9797)

# The Tokio Marine & Fire Insurance Company (UK) Limited

## Primary Company Details
Reportage: Level 1

(S) Subsidiary of **Millea Holdings, Inc.**, Tokyo,
Company Type: (International)
Percent Ownership: 100%

## Secondary Company Details
Year Founded: 1970
Incorporated/State of Inc.: UK

## Corporate Address
150 Leadenhall St
London, EC3V 4TE
United Kingdom

## Company Communication
Telephone: (44) 2072838844
Telex: 8811107 TME UK
Fax: (44) 2072837354
Web Site: **www.tokyomarine.co.uk**

## Business Description
Property & Casualty Insurance

## Financials
No. of Employees: 120

## NAICS Industry Classifications
Direct Property and Casualty Insurance Carriers (524126, primary)

## SIC Industry Classifications
Fire, Marine & Casualty Insurance (6331, primary)

## Hierarchy
*(To ensure that the hierarchy is printed in its entirety, please use the "Print All" button.)*

Copyright © 2008 LexisNexis,
a division of Reed Elsevier Inc. All rights
reserved.

Terms & Conditions
Privacy

# Millea Holdings, Inc. - Corporate Hierarchy

- **P** Millea Holdings, Inc. (Tokyo, Japan)
  - **S** Asahi Mutual Life Insurance Company (Tokyo, Japan)
  - **S** Tokio Marine & Nichido Fire Insurance Co., Ltd. (Tokyo, Japan)
    - **S** Tokio Marine Management, Inc. (New York, NY)
    - **J** IFFCO-Tokio General Insurance Co., Ltd. (Gurgaon, India)
  - **S** Tokio Marine And Nichido Risk Consulting Co., Ltd. (Tokyo, Japan)
  - **S** Tokio Marine Nichido Better Life Service Co., Ltd. (Tokyo, Japan)
  - **S** Morita & Co., Inc. (New York, NY)
  - **S** TM Casualty Insurance Company (New York, NY)
  - **S** TM Claims Service, Inc. (New York, NY)
  - **S** TM Claims Service, Inc. (Pasadena, CA)
  - **S** TM Specialty Insurance Company (New York, NY)
  - **S** Tokio Marine Asset Management (USA) Ltd. (New York, NY)
  - **S** Trans Pacific Insurance Company (New York, NY)
  - **J** First Insurance Company of Hawaii, Ltd. (Honolulu, HI)
  - **S** America Latina Companhia de Seguros (Salvador, Brazil)
  - **S** America Latina Companhia de Seguros (Porto Alegre, Brazil)
  - **S** The Arab-Eastern Insurance Company Limited E.C. (Manama, Bahrain)
  - **S** European Nichido Insurance Co., Ltd. (London, United Kingdom)
  - **S** Fortis Corporate Insurance (Antwerp, Belgium)
  - **S** Hansen & Klein Insurance Management Limited A/S (Copenhagen, Denmark)
  - **S** La Rural S.A. de Seguros (Encarnacion, Paraguay)
  - **S** Millea Asia Pte Ltd. (Singapore, Singapore)
    - **S** P.T. Asuransi Tokio Marine Indonesia (Jakarta, Indonesia)
    - **S** The Tokio Marine & Fire Insurance Company (Hong Kong) Limited (Hong Kong, China (Hong Kong))
    - **S** Tokio Marine Insurance (Malaysia) Bhd. (Kuala Lumpur, Malaysia)
    - **S** Tokio Marine Malayan Insurance Co., Inc. (Makati, Philippines)
    - **S** Vietnam International Assurance Company (Ho Chi Minh City, Vietnam)
  - **S** P.T. Asuransi Tokio Marine Indonesia (Surabaya, Indonesia)
  - **S** The Sri Muang Insurance Company, Limited (Bangkok, Thailand)
  - **S** The Tokio Marine & Fire Insurance Company, Ltd. (Kuwait, Kuwait)
  - **S** The Tokio Marine & Fire Insurance Company, Ltd. (Jeddah, Saudi Arabia)
  - **S** The Tokio Marine & Fire Insurance Company, Ltd. (Auckland, New Zealand)
  - **S** The Tokio Marine & Fire Insurance Company, Ltd. (Dubai, United Arab Emirates)
  - **S** The Tokio Marine & Fire Insurance Company, Ltd. (Buenos Aires, Argentina)
  - **S** The Tokio Marine & Fire Insurance Company, Ltd. (Taipei, Taiwan)
  - **S** The Tokio Marine & Fire Insurance Company (Singapore) Pte. Limited (Singapore, Singapore)
  - **S** The Tokio Marine & Fire Insurance Company (UK) Limited (London, United Kingdom)

- **S** ☐ Tokio Marine & Nichido Fire Insurance Co. (Bangkok, Thailand)
- **S** ☐ Tokio Marine & Nichido Fire Insurance Co., Ltd. (Paris, France)
- **S** ☐ Tokio Marine Asset Management International Pte. Ltd. (Singapore, Singapore)
- **S** ☐ Tokio Marine Asset Management (London) Limited (London, United Kingdom)
- **S** ☐ Tokio Marine Brasil (Rio de Janeiro, Brazil)
- **S** ☐ Tokio Marine Brasil (Belo Horizonte, Brazil)
- **S** ☐ Tokio Marine Brasil (Curitiba, Brazil)
- **S** ☐ Tokio Marine Brasil (Blumenau, Brazil)
- **S** ☐ The Tokio Marine Capital Asset Management Limited (London, United Kingdom)
- **S** ☐ Tokio Marine Compania de Seguros, S.A. de C.V. (Mexico, Mexico)
- **S** ☐ Tokio Marine Compania de Seguros, S.A. de C.V. (Tijuana, Mexico)
- **S** ☐ Tokio Marine Compania de Seguros, S.A. de C.V. (Aguascalientes, Mexico)
- **S** ☐ Tokio Marine de Venezuela, C.A. (Caracas, Venezuela)
- **S** ☐ Tokio Marine Europe (Paris, France)
- **S** ☐ The Tokio Marine Europe Insurance Ltd. (Hamburg, Germany)
- **S** ☐ The Tokio Marine Europe Insurance Limited (Amstelveen, Netherlands)
- **S** ☐ The Tokio Marine Europe Insurance Limited (Dusseldorf, Germany)
- **S** ☐ The Tokio Marine Europe Insurance Limited (Oslo, Norway)
- **S** ☐ The Tokio Marine Europe Insurance Ltd. (Milan, Italy)
- **S** ☐ Tokio Marine Europe Insurance Ltd. (Athens, Greece)
- **S** ☐ The Tokio Marine Europe Insurance Limited (Brussels, Belgium)
- **S** ☐ The Tokio Marine Europe Insurance Limited, Spain Branch (Barcelona, Spain)
- **S** ☐ Tokio Marine Global Re Limited (Labuan, Malaysia)
- **S** ☐ Tokio Marine Insurance (Malaysia) Bhd. (Melaka, Malaysia)
- **S** ☐ Tokio Marine Insurance (Malaysia) Bhd. (Ipoh, Malaysia)
- **S** ☐ Tokio Marine Internacional Sociedad Anonima (Mexico, Mexico)
- **S** ☐ Tokio Marine Investment Services, Limited (Hong Kong, China (Hong Kong))
- **S** ☐ Tokio Marine Management (Australasia) Pty. Ltd. (Sydney, Australia)
- **S** ☐ Tokio Marine Management (Australasia) Pty. Ltd. (Melbourne, Australia)
- **S** ☐ Tokio Marine Management (Australasia) Pty. Ltd. (Adelaide, Australia)
- **S** ☐ Tokio Marine Property Limited (London, United Kingdom)
- **S** ☐ Tokio Marine South-East Servicing Company Limited (Bangkok, Thailand)
- **S** ☐ Tokio Millennium Re Ltd. (Hamilton, Bermuda)
- **S** ☐ Tokyo Marine Brasil Seguradora SA (Sao Paulo, Brazil)
- **S** ☐ Vietnam International Assurance Company (Hanoi, Vietnam)
- **S** ☐ Sino Life Insurance Co., Ltd. (Shanghai, China)
- **S** ☐ Millea Life Insurance (Thailand) Public Co., Ltd (Bangkok, Thailand)

Legend: **P** Parent **S** Subsidiary **J** Joint Venture