Raymond P. Hayden
Gerard W. White
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiffs

45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TM MANAGEMENT SERVICES LTD., a division of The
Tokio Marine & Fire Insurance (UK) Limited, and
ARKLEY UK LTD.,

          Plaintiffs,

    -  **Against** -

M/V ATLANTIC TRADER, *in rem*, ATLANTIC
TRADER NAVIGATION LTD., JSC BALTIK MERKUR,
And ATLANTIC RO-RO CARRIERS, INC., *in personam*,

          Defendants.
-----------------------------------------------------------------X

Index No.:
**08 Civ. 4308**

**AFFIDAVIT OF**
**SERVICE**


*STATE OF NEW YORK*
                        *ss.:*
*COUNTY OF NEW YORK*


      Robert I. Blum, being duly sworn, says: I am not a party to the action, am over 18 years of age and reside at Brooklyn, New York 11230. On May 7th 2008, I served a true copy of a Summons, Complaint and Rule 7.1 Statement on Atlantic Trade Navigation Ltd., JSC Baltik Merkur and Atlantic Ro-Ro Carriers, Inc. by serving Freehill Hogan & Mahar, 80 Pine Street,

24th Floor, New York, New York 10005, by delivering a true copy to Jane Doe who refused to give name but was authorized to accept service on behalf of Wayne P. Meehan, attorney of record for Defendants.

The person served is a white female, red hair, 35-42 years of age, 5'2" in height and about 135 pounds.

_____
Robert I. Blum

Sworn to before me this
21st day of May 2008.

_____
Notary Public

ERNESTO V. LUZZATTO
Notary Public, State of New York
No. 30-02LU4810086
Qualified in Nassau County
Commission Expires May 31, 20__